884 A.2d 1259

HON. LORETTA WEINBERG, ASSEMBLYWOMAN, 37TH LEGISLA-
TIVE DISTRICT AND CANDIDATE FOR NOMINATION AND
TO SUCCEED VACANCY FOR STATE SENATOR, ET AL.,
PLAINTIFFS–RESPONDENTS, v. BERGEN COUNTY DEMO-
CRATIC ORGANIZATION, A.K.A. DEMOCRATIC COMMITTEE
OF BERGEN COUNTY, THE OFFICIAL DEMOCRATIC COM-
MITTEE OF BERGEN COUNTY, ETC., ET AL., DEFENDANTS–
PETITIONERS.

October 5, 2005.

ORDERED that the petition for certification is denied.

Chief Justice PORITZ and Justices LONG, ZAZZALI,
WALLACE, and RIVERA–SOTO join in the Court's Order.
Justices LaVECCHIA and ALBIN did not participate.

884 A.2d 1259

IN THE MATTER OF THE ADOPTION OF BABY "S". L.M.S., PLAIN-
TIFF–PETITIONER, v. CHILDREN OF THE WORLD, DEFEN-
DANT–RESPONDENT, AND JOHN DOE AND JANE DOE, DE-
FENDANTS, AND NEW JERSEY DIVISION OF YOUTH AND
FAMILY SERVICES, DEFENDANTS.

October 7, 2005.

Denied.